AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| ROCKDALE COUNTY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| BIO-LAB, INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, ROCKDALE COUNTY                                                                                                        .

Date: 10/28/2024

/s/ Mirza Qader Ali Baig
*Attorney's signature*

Mirza Qader Ali Baig (GA # 031610)
*Printed name and bar number*

M. QADER A. BAIG & ASSOCIATES, LLC
913 Commercial Street NE
Suite B
Conyers GA 30012-4537
*Address*

mqab@mqablaw.com
*E-mail address*

(770) 929-1665
*Telephone number*

*FAX number*