# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ROCKDALE COUNTY,** *Plaintiff,* v. **BIO-LAB INC.,** *et al.,* *Defendants.* | C. A. No. 1:24-cv-04916-SEG  JURY TRIAL DEMANDED |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR AN ORDER PERMITTING
### ELECTRONIC EQUIPMENT IN THE COURTROOM FOR A HEARING

THIS MATTER comes before this Court on Plaintiff's Motion Permitting Electronic Equipment in the Courtroom for a Hearing scheduled for Thursday, December 5, 2024, at 10:00am, before Judge Sarah Elisabeth Geraghty, in Courtroom 2306.

**IT IS HEREBY ORDERED** that:

On behalf of Plaintiff, the following counsel and litigation support specialists are granted permission to enter the courthouse on December 5, 2024, at 10:00am with computer laptops and/or mobile telephones that may contain cameras, including iPhones, Androids, other smartphone devices, and/or personal digital assistances (PDAs): Mirza Qader Ali Baig, Shayna E. Sacks, Hunter J. Shkolnik, Paul J. Napoli, Coral M. Odiot, and Veronica N. Vazquez.

1

Proper identification will be required upon entering the security station.

**SO ORDERED** this the 4th day of December, 2024.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE