IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ROCKDALE COUNTY,** *Plaintiff*, v. **BIO-LAB INC.,** *et al.*, *Defendants*. | C. A. No. 1:24-cv-04916-SEG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING PROPOSED SCHEDULING ORDER

Pursuant to this Court's Order of February 5, 2025 [Doc. 41], Plaintiff and Defendants Bio-Lab, Inc., KIK International, LLC, and KIK Custom Products, Inc. (collectively, the "Bio-Lab and KIK Defendants") file this Notice of Filing for their Proposed Case Management Order, which is attached as Exhibit A.

Dated: February 12, 2025

/s/ Michael A. Caplan
Michael A. Caplan (GA # 601039)
Michael L. Eber (GA # 859338)
Jessica Arnold Caleb (GA # 141507)
Emily C. Snow (GA # 837411)
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta GA  30309
Tel. (404) 596-5600
mcaplan@caplancobb.com
meber@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

Respectfully submitted,

/s/ Mirza Qader Ali Baig
Mirza Qader Ali Baig (GA # 031610)
**M. QADER A. BAIG &
    ASSOCIATES, LLC**
913 Commercial Street NE, Suite B
Conyers GA  30012-4537
Tel. (770) 929-1665
mqab@mqablaw.com

/s/ Shayna E. Sacks
Shayna E. Sacks
    *(Admitted Pro Hac Vice)*
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, Floor 11
New York NY  10017-6502
Tel. (212) 397-1000

1

*(Admitted Pro Hac Vice)*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York NY  10007
Tel. (212) 230-8800
alan.schoenfeld@wilmerhale.com

Felicia H. Ellsworth
   *(Admitted Pro Hac Vice)*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston MA 02109
Tel. (617) 526-6000
felicia.ellsworth@wilmerhale.com

*Counsel for Defendants*

ssacks@napolilaw.com

Hunter J. Shkolnik
   *(Admitted Pro Hac Vice)*
Paul J. Napoli
   *(Admitted Pro Hac Vice)*
Veronica N. Vazquez Santiago
   *(Admitted Pro Hac Vice)*
**NS PR LAW SERVICES LLC**
1302 Avenida Ponce de León
San Juan PR  00907-3982
Tel. (833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com
vvazquez@nsprlaw.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, allowing the font type of Book Antiqua and point size of 13.

*/s/ Shayna E. Sacks*
Shayna E. Sacks

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 12, 2025 via the Court's CM/ECF system.

                                              */s/ Shayna E. Sacks*
                                              Shayna E. Sacks