IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| ROCKDALE COUNTY, | |
|---|---|
| *Plaintiff*, | C. A. No. 1:24-cv-04916-SEG |
| *v.* | |
| BIO-LAB INC., *et al.*, | JURY TRIAL DEMANDED |
| *Defendants*. | |

# [PROPOSED] SCHEDULING ORDER

Pursuant to this Court's February 5, 2025 Order [Doc. 41] directing the parties to file their joint schedule or separate proposals by February 12, 2025, Plaintiff and Defendants Bio-Lab, Inc., KIK International, LLC, and KIK Custom Products, Inc., (collectively, the "Bio-Lab and KIK Defendants") hereby file their proposed Scheduling Order. Accordingly, Plaintiff and the Bio-Lab and KIK Defendants propose that the case proceed pursuant to the following dates and deadlines:

| ACTION | DEADLINE |
|---|---|
| Motion to Dismiss | Monday, Feb. 24, 2025 |
| Response to MTD | Monday, March 24, 2025 (4 weeks) |
| Reply to MTD | Monday, April 14, 2025 (3 weeks) |
| Rule 26(f) Early Planning Conference | March 12, 2025 (16 days from MTD) |
| Joint Preliminary Report & Discovery Plan | Wednesday, March 26, 2025 (30 days from MTD) |

1

| ACTION | DEADLINE |
| --- | --- |
| First Day to Serve Initial Document Requests | Wednesday, March 26, 2025 (30 days from MTD) |
| Deadline to submit confidentiality order and ESI protocol | Wednesday, March 26, 2025 |
| Rule 26(a)(1) Initial Disclosures | Wednesday, March 26, 2025 (30 days from MTD) |
| Responses and Objections to Initial Document Requests | May 12, 2025 (45 days from service of requests) |
| Rolling Production in Response to Initial Document Requests Begins | June 16, 2025 |
| Answer to Complaint | 30 days following decision on MTD |
| Discovery other than Requests for Production opens | 14 days following Answer |
| Discovery Disputes | Pursuant to Standing Order IV(I) |
| Written Fact Discovery Substantially Complete | Six months following commencement of discovery |
| Initial Fact Discovery Cutoff | Friday, January 16, 2026 |
| Expert Disclosure | Friday, February 27, 2026 |
| Rebuttal Expert Disclosure | Friday, March 27, 2026 |
| Expert Depos Complete | Friday, May 8, 2026 |
| In Person Conference after Discovery | Within 14 days of close of discovery |
| Daubert Motions | Friday, June 12, 2026 |
| Daubert Response | 4 weeks after motion is filed and served |
| Daubert Reply | 4 weeks after response is filed and served |

| ACTION | DEADLINE |
|---|---|
| Motion for Summary Judgment | 60 days after order on class cert. in the case of In Re Bio-Lab Class Actions, Case No. 1:24-cv-04407-SEG) |
| Response to MSJ | 30 days after motion is filed and served |
| Reply To MSJ | 21 days after opposition is filed and served |
| Proposed Consolidated PTO | 30 days after Court's order on MSJ[1] |

Dated: February 12, 2025

*/s/ Michael A. Caplan*
Michael A. Caplan (GA # 601039)
Michael L. Eber (GA # 859338)
Jessica Arnold Caleb (GA # 141507)
Emily C. Snow (GA # 837411)
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta GA  30309
Tel. (404) 596-5600
mcaplan@caplancobb.com
meber@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
   *(Admitted Pro Hac Vice)*
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York NY  10007
Tel. (212) 230-8800

Respectfully submitted,

*/s/ Mirza Qader Ali Baig*
Mirza Qader Ali Baig (GA # 031610)
**M. QADER A. BAIG &
   ASSOCIATES, LLC**
913 Commercial Street NE, Suite B
Conyers GA  30012-4537
Tel. (770) 929-1665
mqab@mqablaw.com

*/s/ Shayna E. Sacks*
Shayna E. Sacks
   *(Admitted Pro Hac Vice)*
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, Floor 11
New York NY  10017-6502
Tel. (212) 397-1000
ssacks@napolilaw.com

Hunter J. Shkolnik
   *(Admitted Pro Hac Vice)*
Paul J. Napoli
   *(Admitted Pro Hac Vice)*
Veronica N. Vazquez Santiago
   *(Admitted Pro Hac Vice)*

---

[1] The parties have endeavored to propose reasonable dates that move the case forward expeditiously but reserve the right to seek modification of the proposed dates as the case progresses, including to allow sufficient time for resolution of any initial Rule 12 motions.

alan.schoenfeld@wilmerhale.com

Felicia H. Ellsworth
   *(Admitted Pro Hac Vice)*
**WILMER CUTLER PICKERING**
   **HALE AND DORR LLP**
60 State Street
Boston MA 02109
Tel. (617) 526-6000
felicia.ellsworth@wilmerhale.com

*Counsel for Defendants*

**NS PR LAW SERVICES LLC**
1302 Avenida Ponce de León
San Juan PR  00907-3982
Tel. (833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com
vvazquez@nsprlaw.com

*Counsel for Plaintiff*

4

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, allowing the font type of Book Antiqua and point size of 13.

                                  */s/ Shayna E. Sacks*
                                  Shayna E. Sacks

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 12, 2025 via the Court's CM/ECF system.

*/s/ Shayna E. Sacks*
Shayna E. Sacks
