**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **ROCKDALE COUNTY,**<br>        *Plaintiff,*<br><br>                    *v.*<br><br>**BIO-LAB INC.,  *et al.,***<br>        *Defendants.* | **C. A. No. 1:24-cv-04916-SEG**<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF PROPOSED
AGENDA FOR STATUS CONFERENCE**

Plaintiff Rockdale County and Defendants Bio-Lab, Inc., KIK International, LLC, and KIK Custom Products, Inc., (together, "Parties"), pursuant to this Court's February 4, 2025, Minute Order in the case No. 1:24-cv-04407-SEG, submit the following *Notice of Proposed Agenda* for the February 18, 2025, Status Conference.

**Agenda Item 1: Case Management Schedule**

The Parties have met and conferred regarding a case management schedule and have reached an agreement. The Parties filed a *Notice of Proposed Scheduling Order* on February 12, 2025 [Doc. 43], setting forth deadlines coordinated with the Proposed Scheduling Order submitted by the plaintiffs and defendants Bio-Lab, Inc., KIK International, LLC, KIK Custom Products, Inc., and KIK US Holdings, LLC, in the case *In Re Bio-Lab Class Action*, Case No. 1:24-cv-04407-SEG [Doc. 146], when applicable. The Parties' *Proposed Scheduling Order* aligns with the Court's instruction that, while the County's suit will not be consolidated with the eighteen

1

putative class actions, the Court does see the need for coordination between the

parties, particularly regarding discovery [Doc. 59, Case No. 1:24-cv-4407-SEG].

Dated: February 14, 2025

/s/ Michael A. Caplan
Michael A. Caplan
Ga. Bar No. 601039
Jessica Arnold Caleb
Ga. Bar No. 141507
Emily C. Snow
Ga. Bar No. 837411
Michael L. Eber
Ga. Bar No. 859338
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com
meber@caplancobb.com

Alan E. Schoenfeld*
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Felicia H. Ellsworth*
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
60 State Street

Respectfully submitted,

/s/ Mirza Qader Ali Baig
Mirza Qader Ali Baig (GA # 031610)
**M. QADER A. BAIG & ASSOCIATES, LLC**
913 Commercial Street NE
Suite B
Conyers GA  30012-4537
Tel. (770) 929-1665
mqab@mqablaw.com

/s/ Shayna E. Sacks
Shayna E. Sacks
        (Admitted Pro Hac Vice)
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue
Floor 11
New York NY  10017-6502
Tel. (212) 397-1000
ssacks@napolilaw.com

Hunter J. Shkolnik
        (Admitted Pro Hac Vice)
Paul J. Napoli
        (Admitted Pro Hac Vice)
Veronica N. Vazquez Santiago
        (Admitted Pro Hac Vice)
**NS PR LAW SERVICES LLC**
1302 Avenida Ponce de León
San Juan PR  00907-3982
Tel. (833) 271-4502
hunter@nsprlaw.com
pnapoli@nsprlaw.com
vvazquez@nsprlaw.com

***Counsel for Plaintiff***

Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

*Admitted pro hac vice*

**Counsel for Defendants Bio-Lab, Inc.,
KIK International LLC, and KIK
Custom Products Inc.**

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, allowing the font type of Book Antiqua and point size of 13.

<u>/s/ Shayna E. Sacks</u>
Shayna E. Sacks

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 14, 2025 via the Court's CM/ECF system.

<u>/s/ Shayna E. Sacks</u>
Shayna E. Sacks