IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| ROCKDALE COUNTY, | |
|---|---|
| *Plaintiff,* | C. A. No. 1:24-cv-04916-SEG |
| *v.* | |
| BIO-LAB INC., *et al.,* | JURY TRIAL DEMANDED |
| *Defendants.* | |

## SCHEDULING ORDER

Pursuant to this Court's February 5, 2025 Order [Doc. 41] directing the parties to file their joint schedule or separate proposals by February 12, 2025, Plaintiff and Defendants Bio-Lab, Inc., KIK International, LLC, and KIK Custom Products, Inc., (collectively, the "Bio-Lab and KIK Defendants") hereby file their proposed Scheduling Order. Accordingly, Plaintiff and the Bio-Lab and KIK Defendants propose that the case proceed pursuant to the following dates and deadlines:

| ACTION | DEADLINE |
|---|---|
| Motion to Dismiss | Monday, Feb. 24, 2025 |
| Response to MTD | Monday, March 24, 2025 (4 weeks) |
| Reply to MTD | Monday, April 14, 2025 (3 weeks) |
| Rule 26(f) Early Planning Conference | March 12, 2025 (16 days from MTD) |
| Joint Preliminary Report & Discovery Plan | Wednesday, March 26, 2025 (30 days from MTD) |

1

| ACTION | DEADLINE |
|---|---|
| First Day to Serve Initial Document Requests | Wednesday, March 26, 2025 (30 days from MTD) |
| Deadline to submit confidentiality order and ESI protocol | Wednesday, March 26, 2025 |
| Rule 26(a)(1) Initial Disclosures | Wednesday, March 26, 2025 (30 days from MTD) |
| Responses and Objections to Initial Document Requests | May 12, 2025 (45 days from service of requests) |
| Rolling Production in Response to Initial Document Requests Begins | June 16, 2025 |
| Answer to Complaint | 30 days following decision on MTD |
| Discovery other than Requests for Production opens | 14 days following Answer |
| Discovery Disputes | Pursuant to Standing Order IV(I) |
| Written Fact Discovery Substantially Complete | Six months following commencement of discovery |
| Initial Fact Discovery Cutoff | Friday, January 16, 2026 |
| Expert Disclosure | Friday, February 27, 2026 |
| Rebuttal Expert Disclosure | Friday, March 27, 2026 |
| Expert Depos Complete | Friday, May 8, 2026 |
| In Person Conference after Discovery | Within 14 days of close of discovery |
| Daubert Motions | Friday, June 12, 2026 |
| Daubert Response | 4 weeks after motion is filed and served |
| Daubert Reply | 4 weeks after response is filed and served |

| ACTION | DEADLINE |
|---|---|
| Motion for Summary Judgment | 60 days after order on class cert. in the case of In Re Bio-Lab Class Actions, Case No. 1:24-cv-04407-SEG) |
| Response to MSJ | 30 days after motion is filed and served |
| Reply To MSJ | 21 days after opposition is filed and served |
| Proposed Consolidated PTO | 30 days after Court's order on MSJ |

SO ORDERED this 18th day of February, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE

3