IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROCKDALE COUNTY,**  *Plaintiff,*  v.  **BIO-LAB INC.,** *et al.,*  *Defendants.* | **C.A. No. 1:24-cv-04916-SEG**  **JURY TRIAL DEMANDED** |

**NOTICE OF PROPOSED AGENDA FOR**
**STATUS CONFERENCE**

Plaintiff Rockdale County and Defendants Bio-Lab, Inc., KIK International, LLC, and KIK Custom Products, Inc., (together, "Parties"), pursuant to this Court's March 24, 2025, Minute Order in case No. 1:24-cv-04407-SEG, submit the following *Notice of Proposed Agenda* for the May 29, 2025, Status Conference.

**Agenda Item 1: Discovery Update**

On May 15, 2025, Plaintiff served Defendants with its *Objections and Responses to Bio-Lab Inc. and KIK Defendants' First Set of Requests for Production of Documents* and its *Supplemental Initial Disclosures*. Plaintiff will be serving a supplemental production of documents on May 23, 2025.

On May 21, 2025, Plaintiff requested that a duplicate of all Defendants' responses and productions in the *In Re: Bio-Lab Class Action*, Case No. 1:24-cv-

1

04407-SEG be served on Plaintiff. Plaintiff and Defendants will meet and confer on this request.

| | |
|---|---|
| Dated: May 23, 2025 | Respectfully submitted, |
| /s/ Michael A. Caplan | /s/ Mirza Qader Ali Baig |
| Michael A. Caplan | Mirza Qader Ali Baig (GA # 031610) |
| Ga. Bar No. 601039 | **M. QADER A. BAIG &** |
| Michael L. Eber | **ASSOCIATES, LLC** |
| Ga. Bar No. 859338 | 913 Commercial Street NE, Suite B |
| Jessica Arnold Caleb | Conyers GA  30012-4537 |
| Ga. Bar No. 141507 | Tel. (770) 929-1665 |
| Emily C. Snow | mqab@mqablaw.com |
| Ga. Bar No. 837411 | |
| Alan M. Long | /s/ Shayna E. Sacks |
| Ga. Bar No. 367326 | Shayna E. Sacks |
| **CAPLAN COBB LLC** | *(Admitted Pro Hac Vice)* |
| 75 Fourteenth Street NE, Suite 2700 | **NAPOLI SHKOLNIK PLLC** |
| Atlanta, Georgia 30309 | 360 Lexington Avenue, Floor 11 |
| Tel: (404) 596-5600 | New York NY  10017-6502 |
| Fax: (404) 596-5604 | Tel. (212) 397-1000 |
| mcaplan@caplancobb.com | ssacks@napolilaw.com |
| meber@caplancobb.com | |
| jarnold@caplancobb.com | Hunter J. Shkolnik |
| esnow@caplancobb.com | *(Admitted Pro Hac Vice)* |
| along@caplancobb.com | Paul J. Napoli |
| | *(Admitted Pro Hac Vice)* |
| Alan E. Schoenfeld* | Veronica N. Vazquez |
| Thomas K. Bredar* | *(Admitted Pro Hac Vice)* |
| **WILMER CUTLER PICKERING** | **NS PR LAW SERVICES LLC** |
| **HALE AND DORR LLP** | 1302 Avenida Ponce de León |
| 7 World Trade Center | San Juan PR  00907-3982 |
| 250 Greenwich Street | Tel. (833) 271-4502 |
| New York, NY 10007 | hunter@nsprlaw.com |
| Tel.: (212) 230-8800 | pnapoli@nsprlaw.com |
| Fax: (212) 230-8888 | |
| alan.schoenfeld@wilmerhale.com | *Counsel for Plaintiff* |

thomas.bredar@wilmerhale.com

Felicia H. Ellsworth*
**WILMER CUTLER PICKERING**
   **HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Robin C. Burrell*
**WILMER CUTLER PICKERING**
   **HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
robin.burrell@wilmerhale.com

*Counsel for Defendants*

*Pro hac vice

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, allowing the font type of Book Antiqua and point size of 13.

*/s/ Shayna E. Sacks*
Shayna E. Sacks

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 23, 2025 via the Court's CM/ECF system.

                                      */s/ Shayna E. Sacks*
                                      Shayna E. Sacks