# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROCKDALE COUNTY, *Plaintiff*, v. BIO-LAB, INC., et al., *Defendants*. | Civ. A. No. 1:24-CV-4916-SEG |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on July 30, 2025, I caused a true and correct copy of DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS to be served by electronically mailing copies of the same to counsel of record for Plaintiff, who, by registering with the Court's CM/ECF system, have consented to electronic service.

[signature on following page]

Respectfully submitted this 31st day of July, 2025.

| | |
|---|---|
| ALAN E. SCHOENFELD* | /s/ *Michael A. Caplan* |
| THOMAS K. BREDAR* | Michael A. Caplan |
| **WILMER CUTLER PICKERING** | Ga. Bar No. 601039 |
| **HALE AND DORR LLP** | Michael L. Eber |
| 7 World Trade Center | Ga. Bar No. 859338 |
| 250 Greenwich Street | Alan M. Long |
| New York, NY 10007 | Ga. Bar No. 367326 |
| Tel: (212) 230-8800 | Emily C. Snow |
| Fax: (212) 230-8888 | Ga. Bar No. 837411 |
| alan.schoenfeld@wilmerhale.com | **CAPLAN COBB LLC** |
| thomas.bredar@wilmerhale.com | 75 Fourteenth Street NE, Suite 2700 |
| | Atlanta, Georgia 30309 |
| FELICIA H. ELLSWORTH * | Tel: (404) 596-5600 |
| **WILMER CUTLER PICKERING** | Fax: (404) 596-5604 |
| **HALE AND DORR LLP** | mcaplan@caplancobb.com |
| 60 State Street | meber@caplancobb.com |
| Boston, MA 02109 | along@caplancobb.com |
| Tel: (617) 526-6000 | esnow@caplancobb.com |
| Fax: (617) 526-5000 | |
| felicia.ellsworth@wilmerhale.com | |
| | |
| ROBIN C. BURRELL* | |
| **WILMER CUTLER PICKERING** | |
| **HALE AND DORR LLP** | |
| 2100 Pennsylvania Avenue NW | |
| Washington, DC 20037 | |
| Tel: (202) 663-6000 | |
| Fax: (202) 663-6363 | |
| robin.burrell@wilmerhale.com | |

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, and KIK Custom Products Inc*

**Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 31st day of July, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, and KIK Custom Products Inc.*
